AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

INSULATORS AND ASBESTOS WORKERS
LOCAL NO. 14 PENSION FUND,

V.

GEORGE W. BUCKLEY, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-00416

TO: (Name and address of Defendant)

Richard F. Ziegler
3M Company
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth D. Rigrodsky, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within     20     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              JUL - 3 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/6/07 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED RICHARD F ZEIGLER OF 3M COMPANY by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO AT 1209 ORANGE ST, WILM DE 19801 AT 2:40 P.M. PERSON ACCEPTING: Scott LaScala

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/6/07
           Date

Signature of Server: Carey M Shea

Address of Server: 230 N MARKET ST, WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.