IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>   Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>   Nominal Defendant. | C.A. No. 07-416-GMS |

## STIPULATION AND ORDER

WHEREAS, Defendants having a need for additional time to investigate the allegations raised in the Complaint;

WHEREAS, additional time being necessary to coordinate with each of the fourteen Defendant officers and directors;

WHEREAS, Defendant 3M Company having recently experienced a change of personnel in its legal department;

WHEREAS, Plaintiff having no objection to the extension of time set forth herein in light of the above-referenced reasons:

RLF1-3179825-1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants shall move, answer or otherwise respond to the Complaint is extended to and including September 10, 2007.

<div style="display: flex;">

<div>

_____Brian D. Long (#4347)_____
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Rigrodsky & Long, P.A.
919 North Market Street - Suite 980
Wilmington, DE 19801
(302) 295-5310
srigrodsky@rigrodskylong.com
blong@rigrodskylong.com
Attorneys for Plaintiff

Dated: July 23, 2007

OF COUNSEL:
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
Barrack, Rodos & Bacine
1350 Broadway, Suite 1001
New York, NY 10018
212-688-0782

Daniel E. Bacine
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-963-0600

</div>

<div>

_____Steven J. Fineman (#4025)_____
Daniel A. Dreisbach (#2583)
Steven J. Fineman (#4025)
Geoffrey G. Grivner (#4711)
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
dreisbach@rlf.com
fineman@rlf.com
grivner@rlf.com
Attorneys for Defendants

Dated: July 23, 2007

</div>

</div>

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge