IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND<br><br>Plaintiff,<br>-against-<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>Defendants,<br>-and-<br><br>3M COMPANY,<br><br>Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 07-cv-00416-GMS |

---

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

RIGRODSKY & LONG, P.A.
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

*Attorneys for Plaintiff*

*Of Counsel*:

Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Barrack, Rodos & Bacine
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-0600

Plaintiff hereby moves for summary judgment enjoining payments under the 3M Executive Annual Incentive Plan. The grounds for this motion are that 3M's proxy statement for the annual meeting of stockholders on May 8, 2007 is materially incomplete, inadequate, false, and misleading under *Shaev v. Saper*, 320 F.3d 373 (3rd Cir. 2003), as demonstrated in the accompanying Declaration of A. Arnold Gershon, dated August 10, 2007, and the supporting memorandum.

Dated: August 21, 2007

RIGRODSKY & LONG, P.A.

By: /s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310
srigrodsky@rigrodskylong.com
blong@rigrodskylong.com

Attorneys for Plaintiff

*Of Counsel*:

Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Barrack, Rodos & Bacine
Daniel E. Bacine
Two Commerce Square
2001 Market Street – Suite 3300
Philadelphia, Pennsylvania 19103
(215) 963-0600

**CERTIFICATE OF SERVICE**

I, Brian D. Long, hereby certify that on this 21st day of August, 2007, that I have caused foregoing Plaintiff's Motion for Summary Judgment to be filed via the CM/ECF System and served via e-mail upon the following counsel.

Daniel A. Dresibach, Esq.<br>
Steven J. Fineman, Esq.<br>
Geoffrey G. Grivner, Esq.<br>
RICHARDS, LAYTON & FINGER, P.A.<br>
One Rodney Square<br>
920 North King Street<br>
Wilmington, DE 19801

*/s/ Brian D. Long*
Brian D. Long, Esq. (#4347)