IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS )<br>LOCAL NO. 14 PENSION FUND, )<br>Derivatively On Behalf Of 3M Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUCKLEY, LINDA G. )<br>ALVARADO, VANCE D. COFFMAN, )<br>MICHAEL L. ESKEW, W. JAMES FARRELL,)<br>HERBERT L. HENKEL, EDWARD M. )<br>LIDDY, ROBERT S. MORRISON, AULANA )<br>L. PETERS, ROZANNE L. RIDGEWAY, )<br>PATRICK D. CAMPBELL, MOE S. NOZARI, )<br>FREDERICK J. PALENSKY, RICHARD F. )<br>ZIEGLER, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>3M COMPANY, a Delaware Corporation, )<br>)<br>Nominal Defendant. ) | Civil Action No. 07-416-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Thomas F. Ryan, Esq., Walter C. Carlson, Esq., James W. Ducayet, Esq. and Sharlene P. B. Hobson, Esq., Sidley Austin, LLP, One South Dearborn, Chicago, IL 60603, to represent defendants George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky, and Richard F. Ziegler in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

Dated: September 7, 2007
817514

*Attorneys for Defendants*
*George W. Buckley, Patrick D. Campbell,*
*Moe S. Nozari, Frederick J. Palensky and*
*Richard F. Ziegler*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                        United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9-7-07

*Thomas F. Ryan*
Thomas F. Ryan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
E-mail: tryan@sidley.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 7, 2007

Walter C. Carlson
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
E-mail: wcarlson@sidley.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/7/07

James W. Ducayet
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
E-mail: jducayet@sidley.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/7/07

Sharlene P.B. Hobson
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
E-mail: shobson@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 7, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF AND E-MAIL**

Daniel A. Freishbach, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
dreisbach@rlf.com; fineman@rlf.com

Seth D. Rigrodsky, Esq.
Brian D. Long, Esq.
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801
srigrodsky@rigrodskylong.com; blong@rigrodskylong.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com