IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER, <br><br> Defendants, <br><br> and <br><br> 3M COMPANY, a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 07-416-GMS <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' MOTION TO TRANSFER TO THE DISTRICT OF MINNESOTA**

Defendants Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, Rozanne L. Ridgway, George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky, Richard F. Ziegler, and 3M Company (collectively, "Defendants"), move this Court pursuant to 28 U.S.C. § 1404(a) to transfer the captioned action to the United States District Court for the

District of Minnesota, for the reasons set forth in Defendant's Opening Brief in Support of Their Motion to Transfer and the Declaration of Gregg M. Larson filed contemporaneously herewith.

| | |
|---|---|
| /s/ Philip A. Rovner | /s/ Steven J. Fineman |
| Philip A. Rovner (#3215) | Daniel A. Dreisbach (#2583) |
| Potter Anderson & Corroon LLP | Steven J. Fineman (#4025) |
| 1313 N. Market Street | Geoffrey G. Grivner (#4711) |
| Hercules Plaza, 6th Floor | Richards, Layton & Finger |
| P.O. Box 951 | One Rodney Square |
| Wilmington, DE 19899-0951 | P.O. Box 551 |
| (302) 984-6000 | Wilmington, Delaware 19899 |
| provner@potteranderson.com | (302) 651-7700 |
| Attorneys for George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky, and Richard F. Ziegler | Dreisbach@rlf.com |
| | Fineman@rlf.com |
| | Grivner@rlf.com |
| | |
| | Attorneys for 3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgway |
| OF COUNSEL: | |
| Thomas F. Ryan | OF COUNSEL: |
| Walter C. Carlson | Paul H. Dawes |
| James W. Ducayet | Latham & Watkins LLP |
| Sharlene P.B. Hobson | 140 Scott Drive |
| Sidley Austin LLP | Menlo Park, California 94025 |
| One South Dearborn | (650) 328-4600 |
| Chicago, IL 60603 | |
| (312) 853-7000 | J. Christian Word |
| | Kevin H. Metz |
| | Latham & Watkins LLP |
| | 555 Eleventh St. NW |
| | Washington, DC 20004 |
| Dated: September 10, 2007 | (202) 637-2200 |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Seth D. Rigrodsky, Esquire
Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801

Steven J. Fineman (#4025)
fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATION PURSUANT TO DISTRICT OF DELAWARE LOCAL RULE 7.1.1**

Counsel for Defendants have consulted with counsel for Plaintiff pursuant to District of Delaware Local Rule 7.1.1 and Plaintiff will not consent to the relief sought by this Motion.

RLF1-3199113-1

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Steven J. Fineman* |
| Philip A. Rovner (#3215) | Daniel A. Dreisbach (#2583) |
| Potter Anderson & Corroon LLP | Steven J. Fineman (#4025) |
| 1313 N. Market Street | Geoffrey G. Grivner (#4711) |
| Hercules Plaza, 6th Floor | Richards, Layton & Finger |
| P.O. Box 951 | One Rodney Square |
| Wilmington, DE 19899-0951 | P.O. Box 551 |
| (302) 984-6000 | Wilmington, Delaware 19899 |
| provner@potteranderson.com | (302) 651-7700 |
| Attorneys for George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky, and Richard F. Ziegler | Dreisbach@rlf.com |
| | Fineman@rlf.com |
| | Grivner@rlf.com |
| | |
| | Attorneys for 3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgway |
| OF COUNSEL: | OF COUNSEL: |
| Thomas F. Ryan | Paul H. Dawes |
| Walter C. Carlson | Latham & Watkins LLP |
| James W. Ducayet | 140 Scott Drive |
| Sharlene P.B. Hobson | Menlo Park, California 94025 |
| Sidley Austin LLP | (650) 328-4600 |
| One South Dearborn | |
| Chicago, IL 60603 | J. Christian Word |
| (312) 853-7000 | Kevin H. Metz |
| | Latham & Watkins LLP |
| | 555 Eleventh St. NW |
| | Washington, DC 20004 |
| Dated: September 10, 2007 | (202) 637-2200 |

RLF1-3199113-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>        Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>        Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

The Court, having considered the Motion to Transfer of Defendants and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that Defendants' Motion to Transfer is GRANTED and this action is transferred to the United States District Court for the District of Minnesota.

 

_____
United States District Judge

RLF1-3199113-1