IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS )<br>LOCAL NO. 14 PENSION FUND, )<br>Derivatively On Behalf Of 3M Company, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GEORGE W. BUCKLEY, LINDA G. )<br>ALVARADO, VANCE D. COFFMAN, )<br>MICHAEL L. ESKEW, W. JAMES FARRELL,)<br>HERBERT L. HENKEL, EDWARD M. )<br>LIDDY, ROBERT S. MORRISON, AULANA )<br>L. PETERS, ROZANNE L. RIDGEWAY, )<br>PATRICK D. CAMPBELL, MOE S. NOZARI, )<br>FREDERICK J. PALENSKY, RICHARD F. )<br>ZIEGLER, )<br> )<br>Defendants, )<br> )<br>and )<br> )<br>3M COMPANY, a Delaware Corporation, )<br> )<br>Nominal Defendant. ) | Civil Action No. 07-416 (GMS) |

## MOTION TO DISMISS THE COMPLAINT

Defendants George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky, Richard F. Ziegler (the "Officer Defendants") hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Litigation Securities Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b) for an order dismissing Plaintiff's Complaint.

This Motion is based upon the accompanying Opening Brief in Support of Defendants' Motion to Dismiss the Complaint and upon the papers, records and pleadings on file with this Court in this case.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Thomas F. Ryan<br>Walter C. Carlson<br>James W. Ducayet<br>Sharlene P.B. Hobson<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>Dated: September 10, 2007<br>817928 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Defendants*<br>*George W. Buckley, Patrick D. Campbell, Moe*<br>*S. Nozari, Frederick J. Palensky and Richard*<br>*F. Ziegler* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 10, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Seth D. Rigrodsky, Esq.
Brian D. Long, Esq.
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE  19801
srigrodsky@rigrodskylong.com; blong@rigrodskylong.com

Daniel A. Dreisbach, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
dreisbach@rlf.com; fineman@rlf.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS )<br>LOCAL NO. 14 PENSION FUND, )<br>Derivatively On Behalf Of 3M Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUCKLEY, LINDA G. )<br>ALVARADO, VANCE D. COFFMAN, )<br>MICHAEL L. ESKEW, W. JAMES FARRELL,)<br>HERBERT L. HENKEL, EDWARD M. )<br>LIDDY, ROBERT S. MORRISON, AULANA )<br>L. PETERS, ROZANNE L. RIDGEWAY, )<br>PATRICK D. CAMPBELL, MOE S. NOZARI, )<br>FREDERICK J. PALENSKY, RICHARD F. )<br>ZIEGLER, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>3M COMPANY, a Delaware Corporation, )<br>)<br>Nominal Defendant. ) | Civil Action No. 07-416 (GMS) |

**[PROPOSED] ORDER**

The Court having considered the Motion of Defendants to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Litigation Securities Reform Act of 1995 and any opposition thereto; now, therefore,

IT IS THIS HEREBY ORDERED THAT Defendants' motion is GRANTED and Plaintiff's Complaint is DISMISSED, with prejudice.

_____
United States District Judge

Dated: _____