IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

**3M COMPANY AND THE INDEPENDENT DIRECTORS'
MOTION TO DISMISS WITH PREJUDICE THE COMPLAINT
<u>FOR FAILURE TO MAKE A RULE 23.1 DEMAND</u>**

3M Company and Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgeway (the "Independent Directors") move this Court for an order in the form attached hereto dismissing with prejudice the complaint for failure to make a Rule 23.1 demand. The grounds for this motion are more fully set forth in 3M And The Independent Directors'

Opening Brief In Support Of Their Motion To Dismiss With Prejudice The Derivative Complaint For Failure To Make A Rule 23.1 Demand filed contemporaneously herewith.

/s/ [signature]

Daniel A. Dreisbach (#2583)
Steven J. Fineman (#4025)
Geoffrey G. Grivner (#4711)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Dreisbach@rlf.com
Fineman@rlf.com
Grivner@rlf.com

Attorneys for 3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgway

OF COUNSEL:
Paul H. Dawes
Latham & Watkins LLP
140 Scott Drive
Menlo Park, California 94025
(650) 328-4600

J. Christian Word
Kevin H. Metz
Latham & Watkins LLP
555 Eleventh St. NW
Washington, DC 20004
(202) 637-2200

Dated: September 10, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>　　　　Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>　　　　Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

## **PROPOSED ORDER**

The Court, having considered 3M Company And The Independent Directors' Motion To Dismiss With Prejudice The Complaint For Failure To Make A Rule 23.1 Demand, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that 3M Company And The Independent Directors' Motion To Dismiss With Prejudice The Complaint For Failure To Make A Rule 23.1 Demand is GRANTED and the complaint is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Seth D. Rigrodsky, Esquire
Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Steven J. Fineman (#4025)
fineman@rlf.com