IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER, <br><br> Defendants, <br><br> and <br><br> 3M COMPANY, a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 07-416-GMS <br><br><br> **JURY TRIAL DEMANDED** |

**THE INDEPENDENT DIRECTORS' MOTION TO DISMISS THE
COMPLAINT FOR FAILURE TO STATE A CLAIM AND JOINDER
IN THE OFFICER DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT AND OPENING BRIEF IN
<u>SUPPORT OF THEIR MOTION TO DISMISS</u>**

Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgeway (the "Independent Directors") hereby move this Court pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Litigation Securities Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b) for an order

dismissing the Complaint. The Independent Directors join in and incorporate by reference Officer Defendants' Motion To Dismiss The Complaint (D.I. 26) and Opening Brief In Support Of Their Motion To Dismiss The Complaint (D.I. 27) as if fully set forth herein.

OF COUNSEL:
Paul H. Dawes
Latham & Watkins LLP
140 Scott Drive
Menlo Park, California 94025
(650) 328-4600

J. Christian Word
Kevin H. Metz
Latham & Watkins LLP
555 Eleventh St. NW
Washington, DC 20004
(202) 637-2200

Dated: September 10, 2007

/s/ 

Daniel A. Dreisbach (#2583)
Steven J. Fineman (#4025)
Geoffrey G. Grivner (#4711)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Dreisbach@rlf.com
Fineman@rlf.com
Grivner@rlf.com

Attorneys for 3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgway

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Seth D. Rigrodsky, Esquire
Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Steven J. Fineman (#4025)
fineman@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>　　　　　Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>　　　　　Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Court having considered The Independent Directors' Motion To Dismiss For Failure To State A Claim and the Officer Defendants' Opening Brief In Support Of Their Motion To Dismiss, and good cause having been shown,

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Independent Directors' Motion is GRANTED.

_____
United States District Court Judge

RLF1-3199323-1