IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively On Behalf Of 3M Company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | Civil Action No. 07-416 (GMS) |

### THE OFFICER DEFENDANTS' MOTION TO DISMISS THE DERIVATIVE COMPLAINT WITH PREJUDICE FOR FAILURE TO MAKE A RULE 23.1 DEMAND AND JOINDER IN THE INDEPENDENT DIRECTORS' AND 3M'S MOTION TO DISMISS THE COMPLAINT AND OPENING BRIEF IN SUPPORT OF THEIR <u>MOTION TO DISMISS</u>

Defendants George W. Buckley, Patrick D Campbell, Moe S. Nozari, Frederick J. Palensky and Richard F. Ziegler (the "Officer Defendants") hereby move this Court pursuant to Fed. R. Civ. P. 23.1 for an Order in the form attached hereto dismissing with prejudice Plaintiff's derivative complaint for failure to make a Rule 23.1 demand. The Officer Defendants join in and incorporate by reference the Independent Directors' and 3M's Motion to Dismiss the Derivative

Complaint With Prejudice for Failure to Make a Rule 23.1 Demand (D.I. 28) and Opening Brief in Support of their Motion to Dismiss (D.I. 29) as if fully set forth herein.

OF COUNSEL:

Thomas F. Ryan
Walter C. Carlson
James W. Ducayet
Sharlene P.B. Hobson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: September 10, 2007
817929

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendants
George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky and Richard F. Ziegler*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 10, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Seth D. Rigrodsky, Esq.
Brian D. Long, Esq.
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE  19801
srigrodsky@rigrodskylong.com; blong@rigrodskylong.com

Daniel A. Dreisbach, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
dreisbach@rlf.com; fineman@rlf.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS )<br>LOCAL NO. 14 PENSION FUND, )<br>Derivatively On Behalf Of 3M Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUCKLEY, LINDA G. )<br>ALVARADO, VANCE D. COFFMAN, )<br>MICHAEL L. ESKEW, W. JAMES FARRELL,)<br>HERBERT L. HENKEL, EDWARD M. )<br>LIDDY, ROBERT S. MORRISON, AULANA )<br>L. PETERS, ROZANNE L. RIDGEWAY, )<br>PATRICK D. CAMPBELL, MOE S. NOZARI, )<br>FREDERICK J. PALENSKY, RICHARD F. )<br>ZIEGLER, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>3M COMPANY, a Delaware Corporation, )<br>)<br>Nominal Defendant. ) | Civil Action No. 07-416 (GMS) |

## ORDER

The Court having considered the Independent Directors' and 3M's Motion to Dismiss With Prejudice the Derivative Complaint for Failure to Make a Rule 23.1 Demand (the "Motion") and the parties' arguments in support and opposition thereof, and the joinder thereto of Defendants George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky and Richard F. Ziegler,

      IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is GRANTED.

                                                                   _____
                                                                    United States District Court Judge