IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY, ) ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 07-416-GMS |
| v. ) ) | |
| GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER, ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants, ) ) | |
| and ) ) | |
| 3M COMPANY, a Delaware Corporation, ) ) | |
| Nominal Defendant. ) | |

## STIPULATION EXTENDING TIME

WHEREAS, on September 10, 2007, defendants filed Motions to Dismiss this Action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 (D.I. 26 and 28) and defendants filed a separate Motion to Transfer this Action to the District of Minnesota (D.I. 23),

WHEREAS, plaintiff's responses to defendants' Motions are due to be filed with the Court on September 27, 2007,

WHEREAS, plaintiff and defendants each need one additional week for the preparation of their respective responses and replies with respect to the foregoing motions,

NOW THEREFORE, it is hereby STIPULATED AND AGREED among the parties, subject to approval of the Court, as follows:

1. Plaintiff's time to file its responses to defendants' Motions to (1) Dismiss this Action pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 26); (2) Dismiss this Action pursuant to Federal Rule of Civil Procedure 23.1 (D.I. 28); and (3) to Transfer this Action to the District of Minnesota (D.I. 23) (collectively "defendants' Motions") is hereby extended to and including October 4, 2007.

2. Defendants' time to serve and file reply briefs, if any, in support of defendants' Motions is hereby extended to and including October 18, 2007.

OF COUNSEL:

A. Arnold Gershon
Regina M. Calcaterra
Gloria Kui
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
(212) 688-0782

Daniel E. Bacine
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-0600

RIGRODSKY & LONG, P.A.

/s/ *Brian D. Long*
Seth D. Rigrodsky (#3147)
sdr@rigrodskylong.com
Brian D. Long (#4347)
bdl@rigrodskylong.com
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

*Attorneys for Insulators and Asbestos Workers Local No. 14 Pension Fund*

RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:

/s/ *Steven J. Fineman*
Daniel A. Dreisbach (#2583)
dreisbach@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Geoffrey G. Grivner (#4711)
grivner@rlf.com
One Rodney Square
Wilmington, DE  19801
(302) 651-7700

Paul H. Dawes
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

J. Christian Word
Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Washington, DC  20004
(202) 637-2200

*Attorneys for 3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgway*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

/s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
provner@potteranderson.com
Hercules Plaza
Wilmington, DE  19801
(302) 984-6000

Thomas F. Ryan
Walter C. Carslon
James W. Ducayet
Sharlene P.B. Hobson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

*Attorneys for George W. Buckley, Patrick D. Campbell, Moe S. Nozari, Frederick J. Palensky, and Richard F. Ziegler*

SO ORDERED this _____ day of _____, 2007.

                        Gregory M. Sleet, U.S.D.J.