IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of J. Christian Word of Latham & Watkins LLP, 555 Eleventh Street, Suite 1000, Washington, DC 20004 and Paul H. Dawes of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025 to represent Defendants 3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herbert L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgeway, in this matter.

Dated: September 28, 2007

/s/ Daniel A. Dreisbach
Daniel A. Dreisbach (#2583)
Steven J. Fineman (#4025)
Geoffrey G. Grivner (#4711)
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
dreisbach@rlf.com
fineman@rlf.com
grivner@rlf.com
Attorneys for Defendants
3M Company, Linda G. Alvarado, Vance D. Coffman, Michael L. Eskew, W. James Farrell, Herber L. Henkel, Edward M. Liddy, Robert S. Morrison, Aulana L. Peters, and Rozanne L. Ridgway

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of September, 2007.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

*[signature]*
Paul H. Dawes
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Dated: September 19, 2007

4

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Maryland and Virginia and the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

                                                  /s/ Christian Word
                                                  Christian Word
                                                  Latham & Watkins LLP
                                                  555 Eleventh Street, N.W., Suite 1000
                                                  Washington, DC 20004

Dated: September 7, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

| | |
|---|---|
| Seth D. Rigrodsky, Esquire | Philip A. Rovner, Esquire |
| Brian D. Long, Esquire | Potter Anderson & Corroon, LLP |
| Rigrodsky & Long, P.A. | 1313 N. Market Street |
| 919 N. Market Street, Suite 980 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
fineman@rlf.com