IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,<br><br>        Defendants,<br><br>and<br><br>3M COMPANY, a Delaware Corporation,<br><br>        Nominal Defendant. | C.A. No. 07-416-GMS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION EXTENDING TIME

WHEREAS, on September 10, 2007, defendants filed Motions to Dismiss this Action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 (D.I. 26 and 28) and defendants filed a separate Motion to Transfer this Action to the District of Minnesota (D.I. 23),

WHEREAS, plaintiff's responses to defendants' Motions were originally due to be filed with the Court on September 27, 2007,

WHEREAS, on September 27, 2007, plaintiff filed with the Court a Stipulation to extend the time that its responses to defendants' Motions were due by an additional week to October 4, 2007;

WHEREAS, the Court granted the Stipulation filed on September 27, 2007, and thereby extended the time in which plaintiffs responses to defendants' Motions were due by an additional week to October 4, 2007;

WHEREAS, the Court also ordered that Defendants' time to serve and file reply briefs, if any, in support of defendants' Motions was extended to and including October 18, 2007;

WHEREAS, plaintiff needs one additional week for the preparation of its responses with respect to the foregoing motions,

NOW THEREFORE, it is hereby STIPULATED AND AGREED among the parties, subject to approval of the Court, as follows:

1. Plaintiff's time to file its responses to defendants' Motions to (1) Dismiss this Action pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 26); (2) Dismiss this Action pursuant to Federal Rule of Civil Procedure 23.1 (D.I. 28); and (3) to Transfer this Action to the District of Minnesota (D.I. 23) (collectively "defendants' Motions") is hereby extended to and including October 11, 2007.

2. Defendants' time to serve and file reply briefs, if any, in support of defendants' Motions is hereby extended to and including October 25, 2007.

OF COUNSEL:

A. Arnold Gershon
Regina M. Calcaterra
Gloria Kui
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
(212) 688-0782

RIGRODSKY & LONG, P.A.

/s/ *Brian D. Long*
Seth D. Rigrodsky (#3147)
sdr@rigrodskylong.com
Brian D. Long (#4347)
bdl@rigrodskylong.com
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

*Attorneys for Insulators and Asbestos Workers Local No. 14 Pension Fund*

Daniel E. Bacine
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-0600

|  | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| OF COUNSEL: | /s/ *Steven J. Fineman* |
|  | Daniel A. Dreisbach (#2583) |
|  | dreisbach@rlf.com |
| Paul H. Dawes | Steven J. Fineman (#4025) |
| LATHAM & WATKINS LLP | fineman@rlf.com |
| 140 Scott Drive | Geoffrey G. Grivner (#4711) |
| Menlo Park, CA 94025 | grivner@rlf.com |
| (650) 328-4600 | One Rodney Square |
|  | Wilmington, DE 19801 |
| J. Christian Word | (302) 651-7700 |
| Kevin H. Metz |  |
| LATHAM & WATKINS LLP |  |
| 555 Eleventh Street, N.W. | *Attorneys for 3M Company, Linda G.* |
| Washington, DC 20004 | *Alvarado, Vance D. Coffman, Michael L.* |
| (202) 637-2200 | *Eskew, W. James Farrell, Herbert L. Henkel,* |
|  | *Edward M. Liddy, Robert S. Morrison,* |
|  | *Aulana L. Peters, and Rozanne L. Ridgway* |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:                              /s/ *Philip A. Rovner*
                                         Philip A. Rovner (#3215)
Thomas F. Ryan                           provner@potteranderson.com
Walter C. Carslon                        Hercules Plaza
James W. Ducayet                         Wilmington, DE 19801
Sharlene P.B. Hobson                     (302) 984-6000
SIDLEY AUSTIN LLP
One South Dearborn                       *Attorneys for George W. Buckley, Patrick D.*
Chicago, IL 60603                        *Campbell, Moe S. Nozari, Frederick J.*
(312) 853-7000                           *Palensky, and Richard F. Ziegler*


SO ORDERED this _____ day of _____, 2007.


                                         _____
                                         Gregory M. Sleet, U.S.D.J.