IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY, | ) ) ) ) ) | C.A. No. 07-416-GMS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERG L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| 3M COMPANY, a Delaware Corporation, | ) ) | |
| Nominal Defendant. | ) | |

## DECLARATION OF A. ARNOLD GERSHON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER

I, **A. ARNOLD GERSHON,** hereby declare under penalty of perjury under the laws of the United States of America, that the following is true and correct.

1

1.  I am a member of the bar of the State of New York and an inactive member of the bar of the State of Georgia. I am a partner in the firm Barrack, Rodos & Bacine, and we are of counsel to the plaintiff in this action.

2.  I make this declaration in support of the plaintiff's opposition to defendants' motion to transfer this case to the District of Minnesota.

3.  Attached hereto as Exhibit 1 is a list of addresses of the defendants, obtained by my firm with a search in the LEXIS NEXIS database.

Dated:   New York, New York
         October 11, 2007

_____
A. Arnold Gershon

# EXHIBIT 1

| Name | Addresses |
|---|---|
| Alvarado, Linda G. | 1. P.O. Box 40366<br>Denver, CO 80204<br>2. 65 Balboa CV<br>Newport Beach, CA 92663<br>3. 1555 California St., Unit 419<br>Denver, CO 80203<br>4. 4517 Central Avenue NW<br>Albuquerque, NM 87105<br>5. 9395 Coors Boulevard NW<br>Albuquerque, NM 87114 |
| Buckley, George W. | 1. 12 Dogwood Lane<br>Saint Paul, MN 55127<br>2. 10 Kensington Drive<br>North Barrington, IL 60010 |
| Campbell, Patrick D. | 1. 10 Apple Orchard Road<br>Saint Paul, MN 55110<br>2. 2512 Golf Crest Drive, #55<br>Rochester Hills, MI 48309 |
| Coffman, Vance D. | 1. P.O. Box 1785<br>Pebble Beach, CA 93953<br>2. 5540 Lausanne Drive<br>Reno, NV 89511<br>3. 166 Alta Vista Way<br>Danville, CA 94506 |
| Eskew, Michael L. | 1. 4505 Club Drive NE<br>Atlanta, GA 30319 |
| Farrell, W. James | 1. 3600 W Lake Avenue<br>Glenview, IL 60025 |
| Henkel, Herbert L. | 1. 20711 Bethel Church Road<br>Cornelius, NC 28031<br>2. 2862 Ashland Lane<br>North Port, FL 34286<br>3. 216 Tyler Avenue<br>St. Michaels, MD 21663<br>4. 24679 Deep Neck Road<br>Royal Oak, MD 21662<br>5. 88 Alpine Terrace<br>Hillsdale, NJ 07642 |

| Name | Addresses |
|---|---|
| Liddy, Edward M. | 1. 900 Ringwood Road<br>   Lake Forest, IL 60045<br>2. 110 Prospect Street<br>   Summit, NJ 07901-2472<br>3. 1795 W Golden Beach Way<br>   Mukwonago, WI 53149<br>4. Sheridan Road<br>   Lake Forest, IL 60045<br>5. 1277 Debordieu Boulevard<br>   Georgetown, SC 29440 |
| Morrison, Robert S. | 1. 600 E Westminster Road<br>   Lake Forest, IL 60045<br>2. 192 Sea View Avenue<br>   Osterville, MA 02655<br>3. 281 Pelican Way<br>   Vero Beach, FL 32963<br>4. 491 Creek Lane<br>   Snowmass, CO 81654 |
| Nozari, Moe S. | 1. 130 W. 19th Street<br>   New York, NY<br>2. 1 Overhill Drive<br>   Saint Paul, MN 55127 |
| Palensky, Frederick J. | 1. 7660 N Field Ridge Road<br>   Saint Paul, MN 55110 |
| Peters, Aulana L. | 1. 1337 N Kenter Avenue<br>   Los Angeles, CA 90049<br>2. 48806 Mescal Lane<br>   Palm Desert, CA 92260 |
| Ridgway, Rozanne L. | 1. 2695 N Marcey Road<br>   Arlington, VA 22207 |
| Sharer, Kevin W. | 1. 1711 Esquire Lane<br>   McLean, VA 22101<br>2. 1187 Vail Valley Drive<br>   Vail, CO<br>3. 788 Malcolm Avenue<br>   Los Angeles, CA 90024 |
| Ziegler, Richard F. | 1. 2603 Newton Avenue S<br>   Minneapolis, MN 55405<br>2. 24 Spaulding Farm Lane<br>   Kent, CT 06785 |