IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY,

           Plaintiff,

v.

GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER,

           Defendants,

and

3M COMPANY, a Delaware Corporation,

           Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 07-416-GMS

**JURY TRIAL DEMANDED**

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, on September 10, 2007, defendants filed Motions to Dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 (D.I. 26 and 28), and defendants filed a separate Motion to Transfer this action to the District of Minnesota (D.I. 23);

WHEREAS, plaintiff filed and served its answering briefs in opposition to defendants' Motions on October 11, 2007,

WHEREAS, defendants need two additional weeks for the preparation of their reply briefs with respect to the foregoing motions;

IT IS HEREBY STIPULATED AND AGREED among the parties, subject to the approval of the Court, that the time within which defendants shall file and serve their reply briefs in support of defendants' motions to (1) dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 26); (2) dismiss this action pursuant to Federal Rule of Civil Procedure 23.1 (D.I. 28); and (3) to transfer this action to the District of Minnesota (D.I. 23) is extended to and including November 8, 2007.

RIGRODSKY & LONG, P.A.

OF COUNSEL:

_____/s/ Brian D. Long #4347_____
Seth D. Rigrodsky (#3147)
sdr@rigrodskylong.com
Brian D. Long (#4347)
bdl@rigrodskylong.com
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

A. Arnold Gershon
Regina M. Calcaterra
Gloria Kui
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
(212) 688-0782

Daniel E. Bacine
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-0600

*Attorneys for Insulators and Asbestos*
*Workers Local No. 14 Pension Fund*

RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:

Paul H. Dawes
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

J. Christian Word
Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Washington, DC  20004
(202) 637-2200

_____/s/ Steven J. Fineman #4025_____
Daniel A. Dreisbach (#2583)
dreisbach@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Geoffrey G. Grivner (#4711)
grivner@rlf.com
One Rodney Square
Wilmington, DE  19801
(302) 651-7700

*Attorneys for 3M Company, Linda G.
Alvarado, Vance D. Coffman, Michael L.
Eskew, W. James Farrell, Herbert L. Henkel,
Edward M. Liddy, Robert S. Morrison,
Aulana L. Peters, and Rozanne L. Ridgway*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas F. Ryan
Walter C. Carslon
James W. Ducayet
Sharlene P.B. Hobson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

_____/s/ Philip A. Rovner #3215_____
Philip A. Rovner (#3215)
provner@potteranderson.com
Hercules Plaza
Wilmington, DE  19801
(302) 984-6000

*Attorneys for George W. Buckley, Patrick D.
Campbell, Moe S. Nozari, Frederick J.
Palensky, and Richard F. Ziegler*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge