IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INSULATORS AND ASBESTOS WORKERS )
LOCAL NO. 14 PENSION FUND, Derivatively )
on Behalf of 3M COMPANY, )
            )
             Plaintiff, )
             )
       v. )   C.A. No. 07-416-GMS
             )
GEORGE W. BUCKLEY, LINDA G. )
ALVARADO, VANCE D. COFFMAN, )
MICHAEL L. ESKEW, W. JAMES FARRELL, )
HERBERT L. HENKEL, EDWARD M. )
LIDDY, ROBERT S. MORRISON, AULANA )
L. PETERS, ROZANNE L. RIDGEWAY, )
PATRICK D. CAMPBELL, MOE S. NOZARI, )
FREDERICK J. PALENSKY, RICHARD F. )
ZIEGLER, )
             )
             Defendants, )
             )
       And )
             )
3M COMPANY, A Delaware Corporation, )
             )
             Nominal Defendant. )

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(c) and the attached certification, Brian D. Long

moves for the admission *pro hac vice* of William J. Ban, Esquire to represent

Plaintiff in this matter.

Dated: November 30, 2007

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com

*Counsel for Plaintiff*


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is

granted.


_____
Gregory M. Sleet, U.S.D.J.

DATED: _____

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the State of New York and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.

Dated: November 27, 2007
       Philadelphia, Pennsylvania                     William J. Barr