IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSULATORS AND ASBESTOS WORKERS LOCAL NO. 14 PENSION FUND, Derivatively on Behalf of 3M COMPANY, <br><br>  Plaintiff, <br><br> v. <br><br> GEORGE W. BUCKLEY, LINDA G. ALVARADO, VANCE D. COFFMAN, MICHAEL L. ESKEW, W. JAMES FARRELL, HERBERT L. HENKEL, EDWARD M. LIDDY, ROBERT S. MORRISON, AULANA L. PETERS, ROZANNE L. RIDGEWAY, PATRICK D. CAMPBELL, MOE S. NOZARI, FREDERICK J. PALENSKY, RICHARD F. ZIEGLER, <br><br>  Defendants, <br><br> and <br><br> 3M COMPANY, a Delaware Corporation, <br><br>  Nominal Defendant. | C.A. No. 07-416-GMS <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, on September 10, 2007, defendants filed Motions to Dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1 (D.I. 26 and 28), and defendants filed a separate Motion to Transfer this action to the District of Minnesota (D.I. 23);

WHEREAS, plaintiff filed and served its answering briefs in opposition to defendants' Motions on October 11, 2007,

WHEREAS, defendants having a need for two additional weeks for the preparation of their reply briefs with respect to the foregoing motions, and if the Court would prefer a more

detailed explanation of the need for the further extension, counsel being available at the Court's convenience for a conference with the Court;

IT IS HEREBY STIPULATED AND AGREED among the parties, subject to the approval of the Court, that the time within which defendants shall file and serve their reply briefs in support of defendants' motions to (1) dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 26); (2) dismiss this action pursuant to Federal Rule of Civil Procedure 23.1 (D.I. 28); and (3) to transfer this action to the District of Minnesota (D.I. 23) is extended to and including December 19, 2007.

|  |  |
|---|---|
| OF COUNSEL:<br><br>A. Arnold Gershon<br>Regina M. Calcaterra<br>Gloria Kui<br>BARRACK, RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>(212) 688-0782<br><br>Daniel E. Bacine<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, Pennsylvania 19103<br>(215) 963-0600 | RIGRODSKY & LONG, P.A.<br><br>　　/s/ Seth D. Rigrodsky #3147<br>Seth D. Rigrodsky (#3147)<br>sdr@rigrodskylong.com<br>Brian D. Long (#4347)<br>bdl@rigrodskylong.com<br>Rigrodsky & Long, P.A.<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801<br>(302) 295-5310<br><br>*Attorneys for Insulators and Asbestos*<br>*Workers Local No. 14 Pension Fund* |

|  |  |
|---|---|
|  | RICHARDS, LAYTON & FINGER, P.A. |
| OF COUNSEL: |     /s/ Steven J. Fineman #4025 |
|  | Daniel A. Dreisbach (#2583) |
| Paul H. Dawes | dreisbach@rlf.com |
| LATHAM & WATKINS LLP | Steven J. Fineman (#4025) |
| 140 Scott Drive | fineman@rlf.com |
| Menlo Park, CA  94025 | Geoffrey G. Grivner (#4711) |
| (650) 328-4600 | grivner@rlf.com |
|  | One Rodney Square |
| J. Christian Word | Wilmington, DE  19801 |
| Kevin H. Metz | (302) 651-7700 |
| LATHAM & WATKINS LLP |  |
| 555 Eleventh Street, N.W. | *Attorneys for 3M Company, Linda G.* |
| Washington, DC  20004 | *Alvarado, Vance D. Coffman, Michael L.* |
| (202) 637-2200 | *Eskew, W. James Farrell, Herbert L. Henkel,* |
|  | *Edward M. Liddy, Robert S. Morrison,* |
|  | *Aulana L. Peters, and Rozanne L. Ridgway* |
|  |  |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |     /s/ Philip A. Rovner #3215 |
|  | Philip A. Rovner (#3215) |
| Thomas F. Ryan | provner@potteranderson.com |
| Walter C. Carslon | Hercules Plaza |
| James W. Ducayet | Wilmington, DE  19801 |
| Sharlene P.B. Hobson | (302) 984-6000 |
| SIDLEY AUSTIN LLP |  |
| One South Dearborn | *Attorneys for George W. Buckley, Patrick D.* |
| Chicago, IL  60603 | *Campbell, Moe S. Nozari, Frederick J.* |
| (312) 853-7000 | *Palensky, and Richard F. Ziegler* |

SO ORDERED this _____ day of _____, 2007.

 

_____
United States District Judge