**RICHARDS, LAYTON & FINGER**

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

February 25, 2008

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Insulators and Asbestos Workers Local No. 14 Pension Fund, v. George W. Buckley, et al.*, C.A. No. 07-416-GMS

Dear Chief Judge Sleet:

I write on behalf of all parties in connection with the above-referenced action to inform the Court that the parties have reached a settlement. The parties anticipate filing the applicable papers with the Court promptly.

If your Honor should have any questions, counsel remains available at the Court's convenience.

Respectfully,

Steven J. Fineman (#4025)

SJF/lll

cc: Brian D. Long, Esq. (via e-filing and hand delivery)
     Philip A. Rovner, Esq. (via e-filing and hand delivery)

RLF1-3256659-1