## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 28, 2008

TO:     Counsel

RE:     Insulators and Asbestos Workers, etc. v. George W. Buckley, et al.
           Civil Action No. 07-416 GMS

Dear Counsel:

      On February 25, 2008, counsel advised the court that this case had settled and that the parties anticipated filing promptly the applicable papers with the court.

      Please submit either a status report regarding this case, or the appropriate papers dismissing the case, by May 12, 2008.

Very truly yours,

/s/

GREGORY M. SLEET
Chief, United States District Judge